BRIDGET COOPER, as Administratrix, etc., Respondent, *v.* THE CENTRAL STOCK YARD AND TRANSIT COMPANY, Appellant.

(Argued November 24, 1886; decided December 17, 1886.)

*Ira D. Warren* for appellant.

*Mark Ash* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

IDA MAY MORSE, as Administratrix, etc., Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Argued December 1, 1886; decided December 17, 1886.)

*Louis Marshall* for appellant.

*F. H. Hiscock* for respondent.

Agree to affirm, and for judgment absolute against plaintiff on stipulation.
All concur, except RUGER, Ch. J., not voting ; no opinion.
Order affirmed and judgment accordingly.